U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 APR 21 AM 11: 20

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. RICHMOND,<br><br>Defendant,<br><br>and<br><br>BELL TECHLOGIX, INC., and its successors or assigns,<br><br>Garnishee. | Misc. No. 5:14-MC-7<br><br>Related to Docket No. 1:08-CR-77-1 |

## AGREED FINAL ORDER IN GARNISHMENT

The United States of America, by its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, the Defendant, Scott Richmond ("Defendant"), and the Garnishee, Bell Techlogix, Inc. ("Garnishee"), (collectively, the "Parties"), agree and stipulate as follows:

1. The Defendant's name is Scott Richmond and the defendant's last known address is: Bennington, Vermont.

2. A Judgment was entered against the Defendant in the previous action (Docket No. 1:08-CR-77-1) in the amount of $367,000.50. The total balance due on the Judgment is $316,334.48 as of March 17, 2022. No interest is accruing.

3. The Garnishee has in its possession, custody or control, property of the Defendant in the form of wages.

4. On November 29, 2021, the United States filed an Application for a Writ of Continuing Garnishment, seeking to garnish twenty-five percent (25%) of the Defendant's disposable income, as permitted by 15 U.S.C. § 1673(a). The Clerk issued a Writ of Continuing Garnishment on November 29, 2021.

5. In response to the Writ of Continuing Garnishment, the Defendant's employer (Garnishee) filed an Answer, dated December 28, 2021, establishing that "Defendant's average disposable earnings are $1,960.87 per biweekly." The Defendant previously filed his Request for Hearing on December 27, 2021.

6. The Defendant agrees and stipulates that he is subject to garnishment under 28 U.S.C. § 3205, and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. All conditions necessary to the issuance of a Final Order in Garnishment against the non-exempt earnings of the Defendant are, thus, fully satisfied.

8. Accordingly, the Parties agree and stipulate to the entry of a Final Order in Garnishment against the non-exempt wages of the Defendant. It is expressly agreed and stipulated to by the Parties that the Garnishee shall pay into the hands of the United States Attorney fifteen percent (15%) of the Defendant's disposable earnings per pay period. *See* 15 U.S.C. § 1673(a).

To calculate disposable earnings, subtract the following from gross wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax
3. Medicare Tax
4. State Tax

2

9. The Parties further agree and stipulate that these sums are to be applied to the Judgment rendered in the previous cause upon which there is an unpaid balance of $316,334.48, as of March 14, 2022. These deductions are to continue until the unpaid balance (including interest, if any) is fully paid and satisfied.

10. Checks should be made payable to:

> Clerk, U.S. District Court

and mailed to:

> Clerk, U.S. District Court
> P.O. Box 945
> Burlington, VT 05402-0945

11. It is further agreed that the amounts withheld by Garnishee up to this date shall be mailed to the Clerk, U.S. District Court to be applied to the restitution debt. Any amounts currently held by the Clerk of the U.S. District Court shall also be retained and applied to the restitution debt.

Dated at Burlington, in the District of Vermont, this ___ day of _____, 2022.

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: JOCELYN KOCH
Digitally signed by JOCELYN KOCH
Date: 2022.04.20 15:11:13 -04'00'

JOCELYN L. KOCH
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725

3/20/2022
Date

SCOTT A. RICHMOND
Defendant
Bennington, VT

3

4/20/2022
Date

_____
BELL TECHLOGIX, INC.
Garnishee
Attn: Payroll Department
4400 West 96th Street
Indianapolis, IN 46268

APPROVED AND SO ORDERED in the District of Vermont, this 21st day of April, 2022.

_____
GEOFFREY W. CRAWFORD
Chief, U.S. District Court Judge